IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHERI HONKALA et. al** | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 21-725 |
| | : | |
| **U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, et. al.** | : | |

**ORDER**

This 31st day of January, 2022, it is hereby **ORDERED** that Defendants' Motions to Dismiss, ECF 33, 34 and 35 are **GRANTED**.

    /s/ Gerald Austin McHugh
United States District Judge